8946.   HAGEDORN *v.* POWERS & BAIRD.

LUKE, J.   1. A plaintiff in execution may bring suit in his own name on a forthcoming bond payable to the levying officer, given by a claimant, and, on proof of a breach of the bond, may recover the value of the property delivered under the bond, if the value does not exceed the amount of his judgment. Civil Code, § 13. See also *Hart* v. *Thomas*, 75 *Ga.* 529; *Bowman* v. *Kidd*, 13 *Ga. App.* 351 (79 S. E. 167).

2. The court did not err in overruling the demurrer to the petition, or in overruling the defendant's motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED APRIL 11, 1918.

Action upon bond; from Troup superior court—Judge Terrell. May 17, 1917.

*E. T. Moon,* for plaintiff in error.   *M. U. Mooty,* contra.